# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHM INDUSTRIES, INC., d/b/a CAROLINA HIGH MAST, <br><br>    Plaintiff, <br><br> vs. <br><br> TRASTAR, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  No. 3:19-CV-00797-K <br><br> JURY TRIAL DEMANDED |

## DEFENDANT TRASTAR, INC.'S NOTICE OF SERVICE

Pursuant to the Scheduling Order (Dkt. No. 14) and the Northern District of Texas Miscellaneous Order No., 62, Defendant Trastar, Inc. ("Trastar"), by and through its attorneys, served Trastar's Preliminary Invalidity Contentions and accompanying document production on counsel of record for Plaintiff via electronic mail on August 26, 2019.

Dated: August 26, 2019

Respectfully submitted,

*/s/ Tiffany M. Cooke*

John R. Emerson
Texas Bar No. 24002053
russ.emerson@haynesboone.com
Tiffany M. Cooke
Texas Bar No. 24087340
tiffany.cooke@haynesboone.com
Caroline Wray Fox
Texas Bar No. 24079607
caroline.fox@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

**COUNSEL FOR DEFENDANT TRASTAR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, I electronically transmitted the foregoing document to all counsel of record via the Court's ECF system.

*/s/ Tiffany M. Cooke*
Tiffany M. Cooke