# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **CHM Industries, Inc. v. Trastar, Inc.**

2. Civil action number: **3:19-CV-00797-K**

3. Nature of the suit: **patent infringement**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **October 31, 2019**

6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services         ☐ Settled, in part, as a result of ADR

    X Settled as a result of ADR              ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$6,390.00**

8. Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

    **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas  75225
    Telephone:  (214) 744-5267


*/s/ Jeff Kaplan*                                          November 1, 2019
Signature

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Paul V. Storm
John J. May
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Phone: (214) 999-4025
Counsel for Plaintiff CHM Industries, Inc.

John R. Emerson
Tiffany M. Cooke
Caroline W. Fox
Haynes and Boone, LLP
2323 Victory Park Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5000
Counsel for Defendant Trastar, Inc.

Alan Yilun Wang
Haynes and Boone, LLP
2505 North Plano Road, Suite 4000
Richardson, Texas 75082
Phone: (972) 739-6936
Counsel for Defendant Trastar, Inc.


Scott Engberg, with Plaintiff
Peter Tian, with Defendant
Lisa Lu, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this  1st  day of  November , 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager